IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT JUDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File MHS |
| v. ) | No. 1:15-cv-1978-~~MHC~~ |
| ) | |
| NU LIFE MED, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion To Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED.**

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED.**

3. This cause is hereby **DISMISSED** without prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Atlanta, Georgia, this 15th day of June, 2015.

_____
The Honorable Marvin H. Shoob
Senior U.S. District Judge
Northern District of Georgia
Atlanta Division